UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                      Case No: 8:14-cv-1080-T-36TBM

JOHN W. KING,

    Defendant.
_____/

# O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on November 17, 2014 (Doc. 14).   In the Report and Recommendation, Magistrate Judge McCoun III recommends that the Court grant Plaintiff's Motion for Entry of Default Judgment (Doc. 13) and that Judgment in favor of the Plaintiff United States of America and against Defendant John W. King be entered consistent with the calculations as set forth therein.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's Motion for Entry of Default Judgment (Doc. 13) is **GRANTED.**

(3) Plaintiff is awarded damages against Defendant in the amount of $930.08 in unpaid principal plus prejudgment interest calculated at the rate of 10.00% per year, or $0.25 per day.  The amount of prejudgment interest as of November 17, 2014 was $1,604.00, and in the 21 days that have since elapsed, the amount of prejudgment interest is now $1,609.25.  Plaintiff's damages award is therefore $2,539.33.

(4) Plaintiff is further awarded $980.00 in attorney's fees and $75.00 in taxable costs.

(5) The Clerk is directed to enter a judgment in favor of Plaintiff and against Defendant in the total amount of $3,594.33, which shall bear interest at the legal rate pursuant to 28 U.S.C. §1961.

(6) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on December 8, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record